**David PERO, Appellant,**

v.

**Ann Marie CLARK & St. Louis Board of Police Comm., Respondents.**

No. 68961.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 8, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 28, 1996.

James M. Martin, Martin & Malec, St. Louis, for appellant.

Harold L. Whitfield, Whitfield & Montgomery, L.L.C., St. Louis, for respondents.

Before RUSSELL, P.J., and SIMON and KAROHL, JJ.

### *ORDER*

PER CURIAM.

David A. Pero (Pero) appeals his termination as a police officer by the St. Louis Metropolitan Board of Police Commissioners (Board) which was affirmed by the circuit court.

We affirm the judgment pursuant to Rule 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reason for our holding.